UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

FILED
NOV 28 2016

| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | No. 15-mc-05<br><br>**ORDER EXTENDING SEALING PERIOD** |
|---|---|

The United States having moved this Court for an order extending the sealing period in this matter, and good cause having been shown therefor, it is hereby

ORDERED:

1. That this matter shall continue to be sealed; and

2. That the Clerk of this Court shall automatically unseal this matter after the passage of 180 days, subject to renewal, unless ordered otherwise by the Court.

Dated this 28th day of November, 2016.

BY THE COURT:

~~DANETA WOLLMANN~~ Veronica L. Duffy
United States Magistrate Judge